United States Bankruptcy Court
District of Nevada

In re:  
ANGELA MARIE KLOUCHECK  
WILLIAM LESLIE KLOUCHECK  
     Debtors

Case No. 17-12520-mkn  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0978-2      User: castellan      Page 1 of 1      Date Rcvd: Dec 13, 2017  
                       Form ID: nclwod      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2017.  
db         +ANGELA MARIE KLOUCHECK,    701 ELM ST. SPC. 69,    BOULDER CITY, NV 89005-2119  
jdb        +WILLIAM LESLIE KLOUCHECK,    1316 NADINE WAY,    BOULDER CITY, NV 89005-3330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:  
        AMBERLEA   DAVIS    on behalf of Joint Debtor WILLIAM LESLIE KLOUCHECK Amber@SheIsMyLawyer.com  
        AMBERLEA   DAVIS    on behalf of Debtor ANGELA MARIE KLOUCHECK Amber@SheIsMyLawyer.com  
        LENARD E. SCHWARTZER    trustee@s-mlaw.com, lbenson@s-mlaw.com,nv17@ecfcbis.com,  
         les@trustesolutions.net  
        U.S. TRUSTEE - LV - 7    USTPRegion17.LV.ECF@usdoj.gov  
                                                                                                           TOTAL: 4

NVB 4004 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−17−12520−mkn <br> CHAPTER 7 |
| ANGELA MARIE KLOUCHECK | |
| WILLIAM LESLIE KLOUCHECK | |
| Debtor(s) | NOTICE OF CHAPTER 7 <br> CASE CLOSED WITHOUT <br> DISCHARGE |

**NOTICE IS GIVEN** to all creditors and parties in interest that the above−captioned case has been closed without entry of discharge as the debtor(s) noted below did not file Official Form 423, Certification About A Financial Management Course:

   ANGELA MARIE KLOUCHECK
   and
   WILLIAM LESLIE KLOUCHECK

If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Financial Management Course Certificate, the debtor(s) must pay the full filing fee due for filing such a motion.

**NOTICE IS FURTHER GIVEN** that LENARD E. SCHWARTZER is discharged as trustee of the estate of the above named debtor(s).

Dated: 12/13/17

*Mary A. Schott*

Mary A. Schott
Clerk of Court